IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

HARFORD FOOD BANK, INC.      *

    Plaintiff      *

    vs.      *    CIVIL ACTION NO. MJG-02-1304

UNITED STATES DEPARTMENT OF      *
THE TREASURY, INTERNAL REVENUE
SERVICE      *

    Defendant      *

\*   \*   \*   \*   \*   \*   \*   \*   \*

## ORDER TO SHOW CAUSE

It appears that this action has been dormant since the filing of the Complaint on April 15, 2002, and that service of process may not have been effected within 120 days of filing the Complaint. Accordingly, pursuant to Rule 103.8.a of the Rules of The United States District Court for the District Of Maryland:

1. Plaintiff shall, by October 15, 2002, show cause why this action should not be dismissed without prejudice.

2. Any showing made pursuant to this Order shall include a statement, with supporting evidence, of reasons why service of process has not yet been effected and either:

    a. Provide proof of service of process or

    b. A statement of the specific actions to be taken to effect service and the time within which service of process shall be effected.

3.  If this Order is not complied with, this action shall be dismissed without prejudice.

SO ORDERED this 1st day of October, 2002.

```
                    Marvin J. Garbis
            United States District Judge
```