IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

HARFORD FOOD BANK, INC.            *

       Plaintiff                  *

       vs.                        *    CIVIL ACTION NO. MJG-02-1304

UNITED STATES DEPARTMENT OF        *
THE TREASURY, INTERNAL REVENUE
SERVICE                            *

       Defendant                  *
\*   \*   \*   \*   \*   \*   \*   \*   \*

### ORDER DISMISSING CASE

Pursuant to Rule 103.8 of the Rules of The United States District Court for the District Of Maryland, on October 1, 2002 the Court issued an Order To Show Cause directing Plaintiff to show cause, by October 15, 2002, why this action should not be dismissed without prejudice. Since this Order was not complied with, this action is hereby DISMISSED WITHOUT PREJUDICE.

SO ORDERED this 22rd day of October, 2002.

_____
Marvin J. Garbis
United States District Judge